UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ANDREW G. MCLEMORE, JR.,

        Plaintiff(s),

Case No. 10-cv-13334

v.

Judge

THE BANK OF NEW YORK MELLON, et al.

Magistrate Judge

        Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, The Bank of New York Mellon

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐    No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: August 23, 2010

s/Michelle T. Thomas

P70907
Bodman LLP
6th Floor at Ford Field
1901 St. Antoine Street
December 21, 2009
313-259-7777
mthomas@bodmanllp.com